IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ELECTRICAL EQUIPMENT COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:19CV74 |
| L. FRANCIS CISSNA, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

This matter is before the Court on Defendant's Motion for Extension of Time. (ECF No. 10.) Plaintiff consents to the requested extension.

Based on representations to the Court and for good cause shown, the Court will allow the extension by consent.

IT IS ORDERED that the motion is GRANTED and the Defendant has up to and including June 7, 2019 to file an answer or other respond to Plaintiff's complaint.

This, the 4th day of June, 2019.

                                  /s/ Joi Elizabeth Peake          .
                                  United States Magistrate Judge